1  Keith C. Bower, Esq. (State Bar No. 135243)
   Bower • von Raesfeld
2  (Not a Partnership)
   900 Lafayette Street, Suite 706
3  Santa Clara, CA 95050
   Telephone:  408/261-1200
4  Facsimile:  408/985-9042
   kcb@bowervonraesfeld.com
5
   Attorneys for Plaintiff
6  THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR UNIVERSITY
7
8                  UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 THE BOARD OF TRUSTEES OF THE            Case No.: 5:17-cv-01489 - BLF
   LELAND STANFORD JUNIOR
11 UNIVERSITY;                             JOINT CASE MANAGEMENT
                                           STATEMENT AND [PROPOSED]
12         Plaintiff,                       ORDER

13 v.                                      Date:    December 21, 2017
                                           Time:    11:00 a.m.
14                                         Dept:    3 – Fifth Floor
   PRAXAIR DISTRIBUTION, INC.,             Honorable Beth Freeman
15 Delaware corporation and DOES 1 through
   10, inclusive;                          Complaint filed:  March 20, 2017
16
17        Defendants.
18
19        The parties to the above-entitled action jointly submit this Joint Case Management
20 Conference Statement and [Proposed] Order pursuant to the Stanford Order for All Judges of
21 the Northern District of California and Civil Local Rule 16-9.
22        1.    **Jurisdiction and Service**
23        The matter was originally filed in the Santa Clara County Superior Court on
24 January 16, 2014, and was removed by Defendant Praxair Distribution, Inc., (hereinafter
25 "Praxair") to this Court pursuant to 28 U.S.C. §1441(b).  The Court has original jurisdiction
26 under 28 U.S.C. §1332, based upon the diversity of citizenship between Plaintiff and Defendant
27 and as the amount in controversy exceeds $75,000.00.  Defendant named in Plaintiff's
28 Complaint has been served and has appeared in this action.  This controversy was the subject of

-1-

1  a previous iteration (Case Number 5:14-CV-00723-EJD), which was dismissed without
2  prejudice, and made subject to a Tolling Agreement and the instant re-filing.

3        2.      **Facts**

4        Defendant Praxair sold and undertook delivery of liquid nitrogen to Plaintiff The Board
5  of Trustees of the Leland Stanford Junior University (hereinafter "Stanford" or "Stanford
6  University") pursuant to a contractual agreement between Praxair and Stanford University.
7  The liquid nitrogen was used by Stanford in its scientific research and development projects.
8  Stanford University alleges that on or about January 20, 2011, Praxair failed to deliver nitrogen
9  as instructed to a location, resulting in the loss of certain valuable genetic samples and research
10  materials.  Praxair denies that is was negligent and denies that its conduct caused or contributed
11  to the destruction of the genetic samples.

12        3.      **Legal Issues**

13        Stanford University contends that Praxair was negligent.  Praxair denies that it was
14  negligent.  Stanford also alleges breach of contract.  However, Praxair denies that it breached
15  any contractual obligation.  Praxair has also asserted numerous affirmative defenses.  Stanford
16  University claims $1.2 million in damages.  Praxair disputes the damages claimed by Stanford
17  on the ground that the damages calculation is speculative and goes beyond the direct damages
18  contemplated by the parties' contractual dealings.

19        4.      **Motions**

20        There are no motions currently pending.  Plaintiff does not anticipate any motions at
21  this time.  Praxair anticipates that it may file a Motion for Summary Judgment on liability, or as
22  to certain claimed damages, depending on the evidence developed during discovery.

23        5.      **Amendment of Pleadings**

24        None are anticipated.  Praxair may add or dismiss certain affirmative defenses
25  depending on the evidence developed during discovery.

26        6.      **Evidence Preservation**

27        Counsel have conferred regarding discovery and evidence preservation, and have
28  reviewed the ESI Guidelines.

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

7.   **Disclosures**

Initial disclosures were due and served on November 13, 2017.

8.   **Discovery**

No discovery has been taken to date.  The parties do not anticipate any discovery disputes, and they do not anticipate any limitations or modifications of the discovery rules. Counsel have discussed a discovery plan and the anticipated scope of discovery.  Counsel have also discussed entry of a joint protective order governing the production of confidential documents and information.

9.   **Class Actions**

This is not a class action matter.

10.  **Related Cases**

The parties are not aware of any related cases.

11.  **Relief**

Stanford University claims the value of the loss of the unique genetic samples is in the range of $1.5 million.  This value was the subject of an inventory taken, evidence secured and the opinions of genetic experts at Stanford and elsewhere.  Praxair disputes Stanford's valuation of the lost genetic materials, and will demand proof thereof.  Praxair asserts that at this time, Stanford has produced the inventory of the lost samples, but it has not produced evidence in support of its valuation or disclosed the expert testimony in support of its claim. Stanford University responds that it intends to engage in all discovery in a timely fashion and will disclose expert information and reports pursuant to the Court's Case Management Order.

12.  **Settlement and ADR**

The parties have agreed to an Early Settlement Conference.

13.  **Consent to Magistrate Judge for All Purposes**

The parties have not consented to a magistrate judge for all purposes.  This matter has been assigned to the Honorable Beth Freeman.

14.  **Other References**

This case is not suitable for reference to arbitration or a special master.

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

**15.**    **Narrowing of Issues**

It is premature to identify issues that can be narrowed.

**16.**    **Expedited Trial Procedure**

This is not applicable insofar as the parties are continuing informal discussions with the aim of settlement prior to trial.

**17.**    **Scheduling**

Deadlines for disclosure of witnesses and completion of discovery:

| | |
|---|---|
| Non-Expert Discovery Cutoff | **October 2018** |
| Plaintiff's Designation of Experts | **January 2019** |
| Defendant's Designation of Experts | **45 days after designation of Plaintiff's experts** |
| Expert Discovery Cutoff | **45 days after designation of Defendant's experts** |
| Last Day for Hearing of Dispositive Motions | **30 days after Expert Discovery Cutoff** |
| Pretrial Disclosures | **Will calculate once a trial date is set** |

**18.**    **Trial**

| | |
|---|---|
| Proposed Trial Date | **Late April/May 2019** |
| Anticipated Length of Trial | **Nine days** |
| Type of Trial | **Plaintiff has demanded a jury trial** |
| Final Pretrial Conference Date | **Late March 2019** |
| Date required for filing the Joint Pretrial Conference Statement and Proposed Pretrial Order and such other materials may be required by the assigned judge | **December 2017** |
| Date for filing objections to exhibits or testimony | **Will calculate once a trial date is set. It should be noted that the parties request a rescheduling of the Case Management Conference** |

1    **19.    Disclosure of Non-Party Interested Entities or Persons**

2        The parties have each filed a Certification of Interested Parties and Persons in

3    compliance with Civil Local Rule 3-6. There are no non-party interested entities or persons as

4    to Plaintiff Stanford University. Praxair is a wholly-owned subsidiary of Praxair, Inc., a public

5    company. There are no other individuals or entities know to Praxair that have a financial

6    interest in the subject matter in controversy or in either party to this proceeding.

7    **20.    Other**

8        No other proposals for speedy resolution are suggested by Stanford University or

9    Praxair at this time.

10                                              BOWER • von RAESFELD

11

12   Dated: November 27, 2017          by: _____
                                              Keith C. Bower
13                                            Attorney for Plaintiff
                                              THE BOARD OF TRUSTEES OF THE
14                                            LELAND STANFORD JUNIOR
                                              UNIVERSITY
15                                            kcb@bowervonraesfeld.com

16                                            FAEGRE, BAKER & DANIELS, LLP

17

18   Dated: November ____, 2017         by: _____
                                              Michael John Kanute, Esq.
19                                            Attorney for Defendant
                                              PRAXAIR DISTRIBUTION, INC.
20                                            mike.kanute@FaegreBD.com

21                                            SEDGWICK, LLP

22

23   Dated: November ____, 2017         by: _____
                                              Eugene Brown, Jr., Esq.
24                                            Attorney for Defendant
                                              PRAXAIR DISTRIBUTION, INC.
25                                            eugene.brown@sedgwicklaw.com

26   ///

27   ///

28   ///

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

1  **19.   Disclosure of Non-Party Interested Entities or Persons**

2  The parties have each filed a Certification of Interested Parties and Persons in

3  compliance with Civil Local Rule 3-6.  There are no non-party interested entities or persons as

4  to Plaintiff Stanford University.  Praxair is a wholly-owned subsidiary of Praxair, Inc., a public

5  company.  There are no other individuals or entities know to Praxair that have a financial

6  interest in the subject matter in controversy or in either party to this proceeding.

7  **20.   Other**

8  No other proposals for speedy resolution are suggested by Stanford University or

9  Praxair at this time.

10                                     BOWER • von RAESFELD

11

12  Dated: November____, 2017          by:_____

13                                     Keith C. Bower
                                       Attorney for Plaintiff
14                                     THE BOARD OF TRUSTEES OF THE
                                       LELAND STANFORD JUNIOR
15                                     UNIVERSITY
                                       kcb@bowervonraesfeld.com

16                                     FAEGRE, BAKER & DANIELS, LLP

17

18  Dated: November 28, 2017           by:_____
                                       Michael John Kanute, Esq.
19                                     Attorney for Defendant
                                       PRAXAIR DISTRIBUTION, INC.
20                                     mike.kanute@FaegreBD.com

21                                     SEDGWICK, LLP

22

23  Dated: November ____, 2017         by:_____
                                       Eugene Brown, Jr., Esq.
24                                     Attorney for Defendant
                                       PRAXAIR DISTRIBUTION, INC.
25                                     eugene.brown@sedgwicklaw.com

26  ///

27  ///

28  ///

-5-

1   ///

2   ///

3   ///

4                              **CASE MANAGEMENT ORDER**

5          The above Joint Case Management Statement and [Propose] Order is approved as the

6   Case Management Order for this case and all parties shall comply with its provisions.   The

7   matter is referred to the Early Court Supervised Settlement Conference Program.   In addition,

8   the Court orders that a future Case Management Conference is scheduled for

9   _____.

10         **IT IS SO ORDERED**.

11

12   Date: _____            _____

13                                          Honorable Beth Freeman

14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28